UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD FOX,

        Plaintiff,

v.

MARK STRONG,

        Defendant.

CASE NO. C16-5532 RBL-DWC

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

The Court, having reviewed plaintiff's Motion to Proceed *In Forma Pauperis*, does hereby find and ORDER.

Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 2) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

1  The Clerk is directed to mail a copy of this Order to Plaintiff.

2  Dated this 7th day of September, 2016.

David W. Christel
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 2